## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:10-cr-289-T-30AEP

**MARCELINO COSSIO-SALAZAR**
_____/

# ORDER

**BEFORE THE COURT** are Defendant's Motion to Proceed *In Forma Pauperis* (Dkt. #130) and Motion to Receive Copies of Documents (Dkt. #131). Defendant has failed to file an Affidavit of Indigency for the Court's consideration. His motion to proceed *in forma pauperis* will therefore be denied without prejudice.

To the extent Defendant requests this Court provide him, free of charge, a copy of the change of plea and sentencing transcripts, a federal prisoner seeking to attack his conviction is not automatically entitled to free transcripts. United States v. MacCollom, 426 U.S. 317, 325-326 (1976). To be entitled to a transcript, the prisoner must show a particularized need. That is, a defendant must identify not just a type of proceeding, but a non-frivolous issue for which the transcript is necessary. Here, Defendant has not identified such an issue.

It is therefore **ORDERED AND ADJUDGED** that:

1. Defendant's Motion to Proceed *In Forma Pauperis* (Dkt. #130) is **DENIED** without prejudice. The **Clerk** is directed to mail Defendant an Affidavit of Indigency in the envelope with Plaintiff's copy of this Order.

    2.       Defendant's Motion to Receive Copies of Documents (Dkt. #131) is **DENIED** without prejudice to renew his motion upon a proper showing, as detailed above.

**DONE** and **ORDERED** in Tampa, Florida on March 7, 2017.

*[Signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record